# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA SPAHR, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 15-1822 |
| 3M COMPANY, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 8th day of June, 2015, upon consideration of Plaintiff, Maria Spahr's ("Plaintiff"), Motion to Remand (Doc. No. 4), and Defendant, 3M Company's, Response in Opposition, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to **REMAND** this case back to the Delaware County Court of Common Pleas from which it was removed.

It is further **ORDERED** that Plaintiff's request for attorney's fees is **DENIED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE